IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01718<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil procedure, the undersigned counsel of record for Plaintiff Jose Guadalupe Villegas Peralta ("Plaintiff") hereby certifies that the following are the names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Jose Guadalupe Villegas Peralta
2. Consumer Attorneys, PLLC
3. Defendant Experian Information Solutions, Inc.
4. Defendant Equifax Information Services, LLC
5. Defendant Trans Union LLC

Dated: October 13, 2025,

                                           */s/ Emanuel Kataev*
                                           Emanuel Kataev, Esq. Bar# 358292021
                                           **CONSUMER ATTORNEYS, PLLC**
                                           68-29 Main Street

Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jose Guadalupe Villegas Peralta*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS, PLLC**

By: */s/Ann Stevenson*