IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01718-SFR |

NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that, pursuant to Local Rule 5(b), Ethan Felder of the Consumer Attorneys PLLC enters his appearance as counsel for Plaintiff Jose Guadalupe Villegas Peralta in the above captioned matter. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel.

Dated: November 14, 2025,

*/s/ Ethan Felder*
Ethan Felder, NY Bar # 5248216
*Admitted Pro Hac Vice*
Consumer Attorneys PLLC
68-29 Main Street
Flushing, NY 11367
T: (718) 301-6260
F: (718) 247-8020
E: efelder@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jose Guadalupe Villegas Peralta*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Ethan Felder*