# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01718-SFR |

## SUMMONS RETURNED EXECUTED AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Jose Guadalupe Villegas Peralta has served upon Defendant Equifax Information Services, LLC copies of the following documents:

1) Issued Summons,

2) Complaint,

3) Civil Cover Sheet,

4) Plaintiff's Corporate Disclosure Statement,

5) Notice Pursuant to Rule 7.1(b),

6) Order on Pretrial Deadlines,

7) Electronic Filing Order,

8) Standing Protective Order,

9) Notice of Option to Consent to Magistrate Judge,

10) Notice Regarding AI-Assisted Research,

11) Notice to Counsel,

12) District Judge Assignment.

Attached hereto is a copy of the Affidavit of Service.


Dated: November 14, 2025,

/s/ Ethan Felder
Ethan Felder, NY Bar # 5248216
*Admitted Pro Hac Vice*
Consumer Attorneys PLLC
68-29 Main Street
Flushing, NY 11367
T: (718) 301-6260
F: (718) 247-8020
E: efelder@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jose Guadalupe Villegas Peralta*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JOSE GUADALUPE VILLEGAS PERALTA,**

                V.                      **SUMMONS IN A CIVIL CASE**

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,**

                                    CASE NUMBER: **3:25−CV−01718−SFR**

TO: **Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC**
Defendant's Address:

Equifax Information Service, LLC,
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

    A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − A. Chartier
-----------------------------
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025−10−15 08:42:14**, Clerk USDC CTD

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Connecticut | | | | |
| Plaintiff(s): Jose Guadalupe Villegas Peralta | | | | |
| Defendant: Experian Information Solutions, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV01718SFR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Civil Cover Sheet; Notice Pursuant to Rule 7.1(b); Notice Regarding Rule 7.1(b); Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Mag. Judge; Notice Regarding AI-Assisted Research; Notice to Counsel and District Judge Assignment

3. a. Party served:                Equifax Information Services LLC
   b. Person served:            Alisha Smith, Authorized Agent, African American, Female, 30-40 Years Old, Black Hair, 5 Feet 6 Inches, 150-165 Pounds.

4. Address where the party was served:      Corporation Service Company<br>
                                                        2 Sun Court, Suite 400<br>
                                                        Peachtree Corners, GA 30092

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Nov. 06, 2025 (2) at: 10:43AM

7. Person Who Served Papers:                                     Fee for Service:
   a. Chris Stanton
   b. Class Action Research & Litigation
       P O Box 740
       Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of GEORGIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE<br>
Summons & Complaint             (Chris Stanton)          emkat.288103