# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

JOSE GUADALUPE VILLEGAS PERALTA,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,
Defendants.

Case No. 3:25-cv-01718-SFR

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to D.Conn.L.Civ.R. 7(b), defendant, Experian Information Solutions, Inc. ("Experian"), moves for an initial twenty-one (21) day extension of time to December 17, 2025, in which to plead, move, or otherwise respond to the Plaintiff's Complaint.

The Complaint in this action was filed on October 13, 2025 and served on Experian on November 5, 2025. Experian's response to the Complaint is due on or before November 26, 2025. Undersigned counsel for Experian, who was just retained, requires additional time to investigate Plaintiff's claims and prepare the appropriate response. This is the first motion for extension of time which has been filed by Experian. Counsel for Experian has contacted counsel for Plaintiff, who consents to the granting of this request.

WHEREFORE, Experian respectfully requests an extension of time until December 17, 2025, in which to plead, move or otherwise respond to the Plaintiff's Complaint.

1

Dated: November 17, 2025          Respectfully submitted,

           /s/  Eric J. Herst (ct31399)
           Eric J. Herst (ct31399)
           Carmody Torrance Sandak & Hennessey LLP
           50 Leavenworth Street
           Waterbury, CT 06721-1110
           Telephone: 203-575-2604
           Fax: 203-575-2600
           EHerst@carmodylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                                    /s/ Eric J. Herst (ct31399)