UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATON SOLUTIONS, INC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 3:25-cv-01718-SFR |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, defendant Equifax Information Services, LLC, respectfully moves for an extension of time of twenty one days to file its initial responsive pleading, through and including December 22, 2025. Equifax is in the process of gathering information necessary to respond to the factual allegations in the Complaint. This is the defendant's first request for an extension of time. Plaintiff, through counsel, consents to the granting of the requested extension.

Wherefore, the undersigned respectfully requests that this Court enter an order permitting Equifax Information Services, LLC., to file its initial pleading responsive to the complaint by December 22, 2025.

EQUIFAX INFORMATION SERVICES LLC

By  /s/ *Eric J. Rigoli*
*Counsel for Equifax Information Services, LLC*
Eric J. Rigoli (ct31287)
Robinson & Cole LLP
One State Street
Hartford, CT 06103

2

Phone: 860-275-8200  
Fax: 860-275-8299  
E-mail: erigoli@rc.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 24, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                                          */s/ Eric J. Rigoli*
                                                          Eric J. Rigoli