UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br>Plaintiff, | CASE NO. 3:25-cv-01718-SFR |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS INC.;<br>EQUIFAX INFORMATION SERVICES LLC,<br>and TRANS UNION, LLC,<br>Defendants. | |

## TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

/s/Timothy J. Lee
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Local Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **26th day of November, 2025**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Emanuel Kataev, Esq. | Ethan M, Felder, Esq. |
|---|---|
| emanuel@sagelegal.nyc | efelder@consumerattorneys.com |
| Eric Herst, Esq. | Eric Rigoli, Esq. |
| eherst@carmodylaw.com | erigoli@rc.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **26th day of November, 2025**, properly addressed as follows:

| None. | |
|---|---|

*/s/Timothy J. Lee*
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Lead Counsel for Defendant Trans Union LLC*