**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT (NEW HAVEN)**

| | |
|---|---|
| **JOSE GUADALUPE VILLEGAS PERALTA,** | § <br> § <br> § |
| **Plaintiff,** | § <br> § |
| | §    **Case No. 3:25-cv-01718-SFR** |
| v. | § |
| **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and TRANSUNION, LLC,** | § <br> § <br> § <br> § <br> § |
| **Defendants.** | § <br> § |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
<u>**ANSWER TO PLAINTIFF'S COMPLAINT**</u>

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

<u>**INTRODUCTION**</u>

1.      Equifax denies that it violated the FCRA and denies that it is liable to Plaintiff for any damages. Equifax further states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 1 are denied.

2.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.     Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 3 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3.

4.     Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 4 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4.

5.     Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 5 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5.

6.     Equifax states that its obligations are governed by the FCRA, which speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 6 are denied.

7.     Equifax denies that it violated any provisions of the FCRA.

8.     Equifax denies that Plaintiff was damaged by any action or inaction of Equifax and denies that Plaintiff is entitled to any of the relief requested.

**<u>PARTIES</u>**

9.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.     Equifax admits the allegations in Paragraph 11.

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

## JURISDICTION AND VENUE

13.     Equifax admits that this Court has jurisdiction over this matter.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

## SUMMARY OF THE FAIR CREDIT REPORTING ACT

15.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 15 are denied.

16.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 16 are denied.

17.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 17 are denied.

18.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 18 are denied.

19.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 19 are denied.

20.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 20 are denied.

21.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 21 are denied.

22.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 22 are denied.

23.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 23 are denied.

24.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 24 are denied.

25.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 25 are denied.

26.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 26 are denied.

27.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 27 are denied.

## STATEMENT OF FACTS
### *Identity Theft*

28.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 30 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 30.

### *The Fraudulent Accounts*

31.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.    Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 36 are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 36.

37.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

### *Defendant TransUnion fails to reasonably investigation Plaintiff's dispute*

39.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

*Defendant Experian fails to reasonably investigation Plaintiff's dispute*

51.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

*Defendant Equifax fails to reasonably investigation Plaintiff's dispute*

61.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 61 are denied.

62.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 63 are denied.

64.    Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 64 are denied.

65.    Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 65 are denied.

66.    Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 66 are denied.

67.    Equifax states that each consumer credit report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer credit report, the allegations in Paragraph 67 are denied.

68.    Equifax denies the allegations as stated in Paragraph 68.

69.    Equifax denies the allegations as stated in Paragraph 69.

70.     Equifax denies the allegations in Paragraph 70.

71.     Equifax denies the allegations in Paragraph 71.

## **PLAINTIFF'S DAMAGES**

72.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.     Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 75 are denied.

76.     Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 76 are denied.

77.     Equifax denies the allegations as stated in Paragraph 77.

78.     Equifax denies the allegations as stated in Paragraph 78.

79.     Equifax denies the allegations as stated in Paragraph 79.

80.     Equifax denies the allegations as stated in Paragraph 80.

81.     Equifax denies the allegations as stated in Paragraph 81.

82.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.    Equifax denies the allegations as stated in Paragraph 84.

85.    Equifax denies the allegations as stated in Paragraph 85.

86.    Equifax denies the allegations in Paragraph 86.

87.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92.    Equifax denies the allegations in Paragraph 92.

93.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

## COUNT I
### 15 U.S.C. §1681e(b)
### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy
### (Defendants Equifax, Experian, and Trans Union)

96.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 96 are denied.

97.     Equifax denies the allegations in Paragraph 97.

98.     Equifax denies the allegations in Paragraph 98.

99.     Equifax denies the allegations in Paragraph 99.

100.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Equifax denies the allegations in Paragraph 102.

103.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.    Equifax denies the allegations in Paragraph 104.

105.    Equifax denies the allegations in Paragraph 105.

## COUNT II
### 15 U.S.C. §1681i
### Failure to Perform a Reasonable Reinvestigation

106.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 106 are denied.

107.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 107 are denied.

108.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 108 are denied.

109.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 109 are denied.

110.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 110 are denied.

111.    Equifax denies the allegations in Paragraph 111.

112.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

114.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115.    Equifax denies the allegations in Paragraph 115.

116.    Equifax denies the allegations in Paragraph 116.

117.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119.    Equifax denies the allegations in Paragraph 119.

120.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121.    Equifax denies the allegations in Paragraph 121.

122.    Equifax denies the allegations in Paragraph 122.

## COUNT III
### 15 U.S.C. §1681c-2
### Failure to Block Identity Theft Information

123.    Equifax denies the allegations in Paragraph 123.

124.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 126 are denied.

127.    Equifax denies the allegations in Paragraph 127.

128.    Equifax denies the allegations in Paragraph 128.

129.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130.    Equifax denies the allegations in Paragraph 130.

131.    Equifax denies the allegations in Paragraph 131.

## PRAYER FOR RELIEF

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2)    It recovers such other and additional relief as the Court deems just and appropriate.

## <u>JURY DEMAND</u>

Equifax admits that Plaintiff demands a jury trial.

DATED:  December 22nd, 2025        EQUIFAX INFORMATION SERVICES LLC

By  /s/ *Eric J. Rigoli*
*Counsel for Equifax Information*
*Services, LLC*
Eric J. Rigoli
(ct31287)
Robinson & Cole
LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
E-mail: erigoli@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 22, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

*/s/ Eric J. Rigoli*
Eric J. Rigoli