UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br><br>**Plaintiff,**<br><br>v.<br><br>EXPERIAN INFORMATON SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>**Defendants.** | §§§§§§§§§§§§§§<br><br>Case No. 3:25-cv-01718-SFR |

## **APPEARANCE**

Please enter the appearance of the undersigned as attorney for the Defendant, Equifax Information Services, LLC, in the above-captioned matter.

Respectfully submitted this January 8, 2026.

        Defendant,
        EQUIFAX INFORMATION SERVICES, LLC

        By */s/ Tyler G. Haas*
        *Counsel for Equifax Information Services, LLC*
        Tyler G. Haas (ct31981)
        Robinson & Cole LLP
        One State Street
        Hartford, CT 06103
        Phone: 860-275-8200
        Fax: 860-275-8299
        E-mail: thaas@rc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                        */s/ Tyler G. Haas*
                                        Tyler G. Haas