**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA, | Case No.: 3:25-cv-01718-SFR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Jose Guadalupe Villegas Peralta and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: July 2, 2026,

/s/ Nisan Zaghi
Nisan Zaghi, NY Bar # 5711072
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

1

Emanuel Kataev, Esq. Bar# 435851
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jose Guadalupe Villegas Peralta*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: <u>*/s/ Ann Stevenson*</u>