**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| JOSE GUADALUPE VILLEGAS PERALTA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:25-cv-01718-SFR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jose Guadalupe Villegas Peralta and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union, with each Party to bear its own costs and attorney's fees.

There are no remaining Defendants in this matter.

Dated: September 28, 2026

*/s/ Nisan Zaghi*
Nisan Zaghi, NY Bar # 5711072
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq. Bar# 435851
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)

*/s/ Timothy J. Lee, Esq*
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Lead Counsel for Defendant Trans Union LLC*

(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jose Guadalupe Villegas Peralta*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Ann Stevenson*