**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

JOSE GUADALUPE VILLEGAS PERALTA,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION LLC,

Defendants.

Case No.: 3:25-cv-01718-SFR

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC.

**IT IS SO ORDERED.**

Dated: ____________

______________________________
HONORABLE SARAH F. RUSSELL
UNITED STATES DISTRICT JUDGE